# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeremy Jones,<br><br>    Petitioner,<br><br>v.<br><br>Warden J. Fikes,<br><br>    Respondent. | Case No. 20-cv-1341 (SRN/HB)<br><br>**ORDER** |

Jeremy Jones, Reg. No. 29510-076, FCI-Sandstone, J Unit, P.O. Box 1000, Sandstone, MN 55072, petitioner pro se.

Andrew Tweeten, Ana H. Voss, and Andrew Tweeten, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for Respondent.

This matter is before the Court on Petitioner Jeremy Jones's Emergency Motion Pursuant to 18 U.S.C. § 3622 [Doc. No. 49] and a Report and Recommendation by Magistrate Judge Hildy Bowbeer [Doc. No. 53]. No party objected to the Report and Recommendation. Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner Jeremy Jones's Emergency Motion Pursuant to 18 U.S.C. § 3622 [Doc. No. 49] is **DENIED**; and

2. The Report and Recommendation [Doc. No. 53] is **ADOPTED**.

Dated: May 18, 2021

                s/Susan Richard Nelson
                SUSAN RICHARD NELSON
                United States District Judge